1
2
3
4
5
6
7

8       **UNITED STATES DISTRICT COURT**
        **CENTRAL DISTRICT OF CALIFORNIA**
9

10  HENRY SANTOS GONZALES,              ) Case No.: 2:20-cv-00286-AFM
                                        )
11          Plaintiff,                  ) ~~{PROPOSED}~~ ORDER AWARDING
                                        ) EQUAL ACCESS TO JUSTICE ACT
12          vs.                         ) ATTORNEY FEES AND EXPENSES
                                        ) PURSUANT TO 28 U.S.C. § 2412(d)
13  ANDREW SAUL,                        ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,    ) U.S.C. § 1920
14                                      )
                                        )
15          Defendant                   )
                                        )
16  _____    )

17          Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, Costs, and Expenses:

19          IT IS ORDERED that fees and expenses in the amount of $2,997.20 as

20  authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21  awarded subject to the terms of the Stipulation.

22  DATE:   11/18/2020

23          _____
            THE HONORABLE ALEXANDER F. MACKINNON
24          UNITED STATES MAGISTRATE JUDGE

25

26

                                        -1-

1    Respectfully submitted,

2    LAW OFFICES OF LAWRENCE D. ROHLFING

3         /s/ *Cyrus Safa*
     _____
4    Cyrus Safa
     Attorney for plaintiff Henry Santos Gonzales
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26